# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 12, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137607

CHARLES ALLEN and LISA ALLEN,
      Plaintiffs-Appellees,

v

                                  SC: 137607
                                  COA: 275797

BLOOMFIELD HILLS SCHOOL DISTRICT,
      Defendant-Appellant.
                                  Oakland CC: 2005-070739-NI

_____/

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 12, 2010

_____
Clerk

d0309